UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM J. WISE,

       Plaintiff,                          Case No. 1:20-cv-1263

v.                                                Hon. Janet T. Neff

EAST GRAND RAPIDS PUBLIC SCHOOL
DISTRICT, et al,

       Defendants.
_____/

**ORDER**

       The parties appeared before me this date for a Rule 16 Scheduling Conference.  As cited by plaintiff in the parties' Joint Status Report (ECF No. 30, PageID.287):

> "The Plaintiff does not agree to have a United States Magistrate Judge conduct all further proceedings in this case, including trial, and entry of final judgement. The Plaintiff reasoning for is due to a conflict of interest between the Defendants and the Magistrate Judge Ray Kent."

Accordingly, the Rule 16 Scheduling Conference is **adjourned** and plaintiff shall file a motion with supporting brief, within 14 days of the date of this Order, as to why the undersigned should be recused from the case.  Further, this action is **STAYED** pending the filing of the motion and its resolution.

       **IT IS SO ORDERED.**

Dated:  June 14, 2021                     /s/ Ray Kent
                                                     RAY KENT
                                                     United States Magistrate Judge