UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM J. WISE,

    Plaintiff,

v.

EAST GRAND RAPIDS PUBLIC SCHOOL
DISTRICT, HEIDI KATTULA, DAN MARTIN,
KARA T. ROZIN, and
EAST GRAND RAPIDS PUBLIC SCHOOLS,

    Defendants.
    _____/

Case No. 1:20-cv-1263

Hon. Ray Kent

## JUDGMENT

In accordance with the Opinion and Order granting defendants' motions to dismiss entered this day, Judgment is entered in favor of defendants and against plaintiff William J. Wise.

Dated: July 12, 2022

/s/ Ray Kent
RAY KENT
United States Magistrate Judge